UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

Case: 2:22-cr-20370
Judge: Drain, Gershwin A.
MJ: Grey, Jonathan J.C.
Filed: 07-19-2022 At 03:05 PM
INDI USA V NICOLAS WOODS-GIBBY (SS)

Violation: 21 U.S.C. § 841

-vs-

D-1 Nicolas D. WOODS-GIBBY,

Defendant.

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

### (21 U.S.C. § 841(a)(1) – *POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE*)

D-1   Nicolas D. WOODS-GIBBY

On or about February 28, 2022, in the Eastern District of

Michigan, and elsewhere, the defendant, Nicolas D. WOODS-GIBBY,

did knowingly and intentionally possess with the intent to distribute a

mixture and substance containing 500 grams or more of a mixture and

substance containing a detectable amount of methamphetamine, in

1

violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853, 18 U.S.C. § 824(d), 28 U.S.C. § 2461 – *Criminal Forfeiture*)

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, Nicolas D. WOODS-GIBBY, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The Government also provides notice of its intent to seek a forfeiture money judgment.

If any of the property described above, as a result of any act or

omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

THIS IS A TRUE BILL

s/Grand Jury Foreperson
Grand Jury Foreperson
DATE:

Dawn N. Ison
United States Attorney


**s/Benjamin C. Coats**
Benjamin C. Coats
Chief, Drug Task Force


s/C. Barrington Wilkins
C. Barrington Wilkins
Assistant U.S. Attorney
211 W. Fort Street, Suite #2001
Detroit, MI 48226
barrington.wilkins@usdoj.gov

DATE: July 19, 2022

4



| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:22-cr-20370<br>Judge: Drain, Gershwin A.<br>MJ: Grey, Jonathan J.C.<br>Filed: 07-19-2022 At 03:05 PM<br>INDI USA V NICOLAS WOODS-GIBBY (SS) |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes ☒ No | AUSA's Initials: |

**Case Title:** USA v.  Nicolas D. Woods-Gibby

**County where offense occurred :** Wayne

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

_____Indictment/_____Information --- **no** prior complaint.
✓ Indictment/_____Information --- based upon prior complaint [Case number: 22-30106                    ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                    **Charges**                    **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 19, 2022
Date

Barrington Wilkins
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9621
Fax:   313-226-3265
E-Mail address: Barrington.Wilkins@usdoj.gov
Attorney Bar #: No Mich. P#

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.